IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CABELA'S WHOLESALE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>ISAAC CHAVEZ,<br><br>    Defendant. | CV 23-41-M-DLC-KLD<br><br>ORDER |

  The Court held a telephonic status conference in this matter on August 30, 2023. Plaintiff Cabela's Wholesale, LLC was represented at the status conference by its counsel of record, Joshua Kirkpatrick. Defendant Isaac Chavez entered his first appearance in the case at the status conference and is proceeding pro se. As discussed during the conference, and with the agreement of the parties,

  IT IS ORDERED that the following schedule shall govern the dispositive briefing in this matter:

| | |
|---|---|
| Deadline for Plaintiff to file a motion for summary judgment and supporting brief: | September 29, 2023 |
| Deadline for Defendant to file a brief in response to Plaintiff's motion for summary judgment: | October 20, 2023 |

1

| | |
|---|---|
| Deadline for Plaintiff to file an optional reply brief in support of its motion for summary judgment: | November 3, 2023 |

DATED this 30th day of August, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge