UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CABELA'S WHOLESALE, LLC, | Case No. CV-23-041-M-DLC |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| ISAAC CHAVEZ, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, in accordance with the Order dated July 25, 2024 (Doc. 26), Cabela's Motion for Summary Judgement (Doc. 16) is GRANTED. This case is REMANDED to the MHRC for dismissal.

Dated this 28th day of June, 2024.

TYLER P. GILMAN, CLERK

By: /s/ Sarah Nagy
Sarah Nagy, Deputy Clerk